IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | DOCKET NO.: **3:25-cr-**329-KDB |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | Violations: 18 U.S.C. § 922(g)(1) |
| ) | |
| **ISAIAH DEMARCUS GORDON** ) | |
| ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

On or about May 23, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAIAH DEMARCUS GORDON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Glock, model 23, .40 caliber semi-automatic pistol, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Glock, model 23, .40 caliber semi-automatic pistol and ammunition.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY